UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-23879-CIV-WILLIAMS

FRANK PULIDO, *et al.*,

    Plaintiffs,

vs.

THE PHOENIX INSURANCE
COMPANY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("***Report***") on Defendant's Motion for Summary Judgment ("***Defendant's Motion***") (DE 44) and Plaintiffs' Motion for Partial Summary Judgment ("***Plaintiffs' Motion***") (DE 46). (DE 75.) In the Report, Magistrate Judge McAliley recommends that Plaintiffs' Motion be granted in part and denied in part. (*Id.* at 1.) Defendant filed Objections to the Report (DE 76), to which Plaintiffs filed a Response (DE 77).

As set forth at the December 13, 2022 Calendar Call, upon an independent review of the Report, the record, and applicable case law, the Court agrees with Judge McAliley's findings. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 75) are **AFFIRMED AND ADOPTED**.
2. Defendant's Motion for Summary Judgment (DE 44) is **DENIED**.
3. Plaintiffs' Motion for Partial Summary Judgment (DE 46) is **GRANTED IN PART AND DENIED IN PART**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>13th</u> day of December, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE